UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Susan-Marie Gremo, | ) | Case No. 10 B 56953 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

### FINAL PRETRIAL ORDER GOVERNING MOTION OF ING BANK FSB
### FOR RELIEF FROM STAY

*The following provisions govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

All parties are hereby ordered to confer and together prepare and file with the court on or before **June 29, 2011**, a **joint document** captioned "Pretrial Statement." The Pretrial Statement must contain the following:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before **June 29, 2011**, each party will provide all other parties a copy, and shall submit to chambers, **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." In addition, if the hard copies of a party's exhibits submitted to chambers exceed two 3-inch ring binders, the party must also submit the exhibits to chambers on a CD-ROM, in pdf format, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit. Two copies of each CD-ROM must be submitted, and each shall be labeled with the name of the case and the party on whose behalf it is submitted. Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial. Exhibits that do not appear on a party's list of exhibits will not be received in evidence.

Trial is set for July 6, 2011 at 1:30 p.m. in Courtroom 642 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

**Rule 9010(a) of the Federal Rules of Bankruptcy Procedure provides that a debtor, creditor, equity security holder, indenture trustee, committee or other party may appear in a case under the Code and act *either in the entity's own behalf or by an attorney authorized to practice in the court*. Local Bankruptcy Rule 2090-1 states that, except as provided in Rules 2090-2 and 2090-3, an attorney appearing before this court must be admitted to practice before the United States District Court for the Northern District of Illinois, and an attorney participating in the trial as lead counsel or alone must be a member of the District Court's trial bar.**

ENTER:

/s/ Susan Pierson Sonderby

HON. SUSAN PIERSON SONDERBY

Dated: 6-14-11